Nicandro RODRIGUEZ–MARTINEZ,
Defendant–Appellant.

No. 05–20897.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Aug. 25, 2006.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Molly E. Odom, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before DAVIS, SMITH, and WIENER, Circuit Judges.

PER CURIAM: *

Nicandro Rodriguez–Martinez (Rodriguez) appeals his guilty-plea conviction and sentence for illegal reentry of a deported alien following an aggravated felony conviction. Rodriguez argues that the "felony" and "aggravated felony" provisions of 8 U.S.C. § 1326(b)(1) and (b)(2) are unconstitutional.

Rodriguez's constitutional challenge is foreclosed by *Almendarez–Torres v. Unit-*ed States, 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998). Although Rodriguez contends that *Almendarez–Torres* was incorrectly decided and that a majority of the Supreme Court would overrule *Almendarez–Torres* in light of *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), we have repeatedly rejected such arguments on the basis that *Almendarez–Torres* remains binding. *See United States v. Garza–Lopez,* 410 F.3d 268, 276 (5th Cir.), *cert. denied,* —— U.S. ——, 126 S.Ct. 298, 163 L.Ed.2d 260 (2005). Rodriguez properly concedes that his argument is foreclosed in light of *Almendarez–Torres* and circuit precedent, but he raises it here to preserve it for further review.

AFFIRMED.

UNITED STATES of America,
Plaintiff–Appellee,

v.

Carlos Andres GUZMAN–SUAREZ, also known as Roberto Benarrivo Mendoza, also known as Nelson Fonseca, also known as Carlos Guzman, also known as Carlos Andreas Guzman, Defendant–Appellant.

No. 05–20520.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Aug. 25, 2006.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern Dis-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

trict of Texas, Houston, TX, for Plaintiff–Appellee.

Larry Chris Iles, Rockport, TX, for Defendant–Appellant.

Before DAVIS, SMITH, and WIENER, Circuit Judges.

PER CURIAM: *

Larry Chris Iles, the attorney appointed to represent Carlos Andres Guzman–Suarez (Guzman), has requested leave to withdraw and has filed a brief as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Guzman has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Ramona RODRIGUEZ, also known as Monica, Defendant–Appellant.**

No. 05–20200.
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Decided Aug. 25, 2006.

Before DAVIS, SMITH, and WIENER, Circuit Judges.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.